1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  VIRGINIA ANN PERALES,                    Case No. CV 15-06052 AFM

12                 Plaintiff,
                                             **JUDGMENT**
13        v.

14
     CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,

16                 Defendant.

17

18

19        In accordance with the Order Affirming Decision of Commissioner filed

20  concurrently herewith,

21        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22  AFFIRMED.

23

24  DATED:  June 3, 2016

25
                                      _____
26
                                        ALEXANDER F. MacKINNON
27                                    UNITED STATES MAGISTRATE JUDGE

28